■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES COSTANZO, Appellant, v JAMES MORRISSEY, Superintendent, Butler Correctional Facility, Respondent. [893 NYS2d 798]—Appeal from a judgment of the Supreme Court, Wayne County (John B. Nesbitt, A.J.), entered March 5, 2009 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Lindley and Green, JJ.

■ KRYSTALO HETELEKIDES, Individually and as Executrix of DEMETRIOS HETELEKIDES, Also Known as JIMMY HETELEKIDES, Deceased, Respondent, v COUNTY OF ONTARIO et al., Appellants. [893 NYS2d 798]—Appeal from an order of the Supreme Court, Ontario County (John J. Ark, J.), entered November 18, 2008. The order, among other things, denied defendants' motion to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Lindley and Green, JJ.